**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 4:24-cv-1149 |
| UMIDJON NEMATOV, | § | |
| Defendant. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The government advises the Court that Defendant has ended his hunger strike. The emergency injunctive relief provided is no longer required. In light of these developments, the above-captioned action is voluntarily dismissed against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Attorney in Charge
Assistant United States Attorney
Texas Bar No. 24037378
Federal ID No. 572175
Southern District of Texas

1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2024, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney