United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 4:24-cv-1149 |
| UMIDJON NEMATOV, | § | |
| Defendant. | § | |

**ORDER OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

On the government's notice, this civil action is voluntarily dismissed against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed on April 11, 2024.

Lee H. Rosenthal
United States District Judge